UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                      Criminal No. 13-cr-11/01-JL

<u>Stephen J. Drohan</u>

**O R D E R**

As I was a junior high school and high school classmate of the defendant, I recuse myself from this case. The clerk shall assign the case to a different judge.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: March 21, 2013

cc:  Arnold H. Huftalen, AUSA
     Simon R. Brown, Esq.